Joseph Laidler
vs.    No. 84838.
Carl G. Wagner

August 3, 1931.

CARPENTER, J. This action was brought by Joseph Laidler against Carl G. Wagner to recover for necessary expenses that he was put to because of injuries sustained by his minor son, William Laidler.

The action of William Laidler, p. a., against Carl G. Wagner is numbered 82254.

The jury in this case returned a verdict for the plaintiff in the sum of $500 and the matter is now before this Court upon defendant's motion for a new trial.

Substantial justice having been done in this case, the motion for a new trial is denied.

For plaintiff: Wilson, Lovejoy, Budlong & Clough.

For defendant: DiLibero, Brown & Harahan.

---

Sidonie Jacquinet
vs.    W. C. A. 1217.
Woonsocket Spinning Co.

August 8, 1931.

POULIOT, J. In the above entitled cause, the Court finds that the petitioner has not sustained the burden of proving that the employee, Leopold Jacquinet, died as the result of injuries claimed to have been received while employed by the respondent.

Respondent's appeal from the decision of the Commissioner of Labor awarding compensation to the petitioner is therefore sustained and decision is rendered for the respondent.

For petitioner: Fergus J. McOsker.

For respondent: McGovern & Slattery.